IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHRISTOPHER MANNING                                                          PLAINTIFF

v.                                    Case No. 1:21-cv-1045

HYDROSTATIC OIL TOOLS, INC. *et al*.                                         DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees. ECF No. 39. The parties previously stipulated to a dismissal of the claims in this matter with prejudice. ECF No. 37. The Court subsequently dismissed all claims with prejudice. ECF No. 38. That initial stipulation stated that the issue of attorney's fees would remain as an issue to be worked out between the parties and the Court maintained jurisdiction to resolve any conflicts regarding fees. Plaintiff later filed the instant motion requesting attorney's fees. The parties then stipulated to a settlement regarding attorney's fees for this matter and requested that Plaintiff's prior motion for fees be rendered moot. ECF No. 43. The Court subsequently recognized the notice of settlement and dismissed the attorney's fee issue with prejudice. ECF No. 44.

For the reasons stated above, Plaintiff's Motion for Attorney's Fees (ECF No. 39) is hereby **MOOT**.

**IT IS SO ORDERED**, this 21st day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge